## (November 9, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILA HOROWITZ, Relator, v. SHERIFF OF THE CITY OF NEW YORK or Person Having Charge of Civil Prison at Ashland Place and Willoughby Street, Brooklyn, Kings County, Respondent. — Return on writ of habeas corpus. Writ dismissed and relator remanded to

the custody of the Sheriff of the City of New York. Present — Hagarty, Acting P. J., Carswell, Johnston, Lewis and Aldrich, JJ.